UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20181-CR-Huck/Garber

UNITED STATES OF AMERICA,

v.

CRISTOBAL RICARDO GUILARTE,

    Defendant.
_____/

### NOTICE SETTING CHANGE OF PLEA HEARING

PLEASE TAKE NOTICE that a Change of Plea Hearing for the above-referenced defendant is hereby set for **Thursday, April 15, 2010, at 10 a.m.** before the undersigned at 99 NE 4th Street, 10th Floor, Courtroom 4, Miami, Florida 33132.

DONE AND ORDERED at the United States Courthouse, Miami, Florida, this 14th day of April, 2010.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE